| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lefkow, Joan H. | U.S DISTRICT COURT, NDIL | 05/25/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 South Dearborn Street Suite 1956 Chicago, IL 60604 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Law Board (Advisory) | Northwestern University Law School |
| 2. Executor | Estate ▨▨▨▨▨▨ |
| 3. Adjunct Faculty Member | John Marshall Law School |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Lefkow, Joan H.**

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 05/25/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | John Marshall Law School; Teaching stipend | $18,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | University of Virginia Law School | 2/19-2/21/2010 | Charlottesville, VA | Judge Moot Court | Round-trip airfare, ground transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 05/25/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | [redacted] | Tuition agreement | K |
| 2. | US Employees Credit Union | Credit Card | J |
| 3. | Sallie Mae | PLUS Loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 05/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. U.S. Employees Credit Union account | A | Int./Div. | J | T | | | | | |
| 2. BROKERAGE ACCOUNT IRA | | | | | | | | | |
| 3. - EVSGX | A | Dividend | J | T | | | | | |
| 4. - IEMBX | A | Dividend | J | T | Buy | 12/22/10 | J | | |
| 5. - CRSAX | A | Dividend | J | T | Buy | 01/05/10 | J | | |
| 6. | | | | | Buy | 12/20/10 | J | | |
| 7. | | | | | Buy | 12/23/10 | J | | |
| 8. - DVRBX | A | Dividend | J | T | Buy | 12/20/10 | J | | |
| 9. - OGMBX | B | Dividend | J | T | Buy | 12/22/10 | J | | |
| 10. - INPBX | A | Dividend | J | T | Buy | 12/22/10 | J | | |
| 11. - DBA | | None | J | T | | | | | |
| 12. Cash Money Market Ameriprise Financial* | | None | J | T | | | | | |
| 13. BROKERAGE ACCOUNT NON-IRA | | | | | | | | | |
| 14. - CRSAX | | None | | | Sold | 07/23/10 | J | | |
| 15. - FLFAX** | A | Dividend | J | T | | | | | |
| 16. - Cash Money Market Ameriprise Finc'l*** | | None | J | | | | | | |
| 17. - BEARX | | None | | | Sold | 07/23/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 05/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - WASAX | A | Dividend | J | T | | | | | |
| 19. - WMFAX | A | Interest | K | T | | | | | |
| 20. - MMHYX (X) | A | Interest | K | | Buy | 02/10/10 | K | | |
| 21. - DHGAX (X) | A | Dividend | J | T | Buy | 07/23/10 | J | | |
| 22. BROKERAGE ▓▓ ACCOUNT ▓ ▓▓▓▓ | | | | | | | | | |
| 23. - Cash Money Market Ameriprise Finc'l **** | | Interest | J | T | | | | | |
| 24. - TWTIX | A | Interest | J | T | | | | | |
| 25. PROTECTIVE UNIVERSAL LIFE INS (Adj. Life) | | None | | | Sold | 06/26/10 | K | | |
| 26. NW MUTUAL ADJ. COMP. LIFE (X) | | None | K | T | Buy | 06/26/10 | K | | |
| 27. ESTATE ▓▓▓▓▓▓▓ **** | | | | | | | | | |
| 28. - Unliquidated contingent fee | | None | L | W | | | | | |
| 29. Cash Account, Northern Trust Co. | | | | | Closed | 06/14/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 05/25/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\* Part VII, Line 12; Funds are deposited at AMEX Bank, Salt Lake City, UT and American Express Centurion Bank, Salt Lake City, UT

\*\* Part VII, Line 15; FLTAX on 2009 report is a typographical error. It should have been "FLFAX."

\*\*\* Part VII, Line 16; Funds are deposited at AMEX Bank, Salt Lake City, UT and American Express Centurion Bank, Salt Lake City, UT

\*\*\*\* Part VII, Line 23; Funds are deposited at AMEX Bank, Salt Lake City, UT and American Express Centurion Bank, Salt Lake City, UT

\*\*\*\*\* Part VII, Line 27; The estate has a 1/3 contingent interest in an Illinois judgment, representing an attorney's fee, with a value between $50,000 - $100,000. All funds at Northern Turst Company were withdrawn, and the account was closed during 2010. I am the sole beneficiary.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan H. Lefkow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544